```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 22334
    DAVID E LUND
    OLGA M LUND                                 CHAPTER 13

                                                JUDGE: JOHN H SQUIRES
         Debtor
    SSN XXX-XX-6190     SSN XXX-XX-7313

--------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 06/10/04 and confirmed on 08/06/04.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $   6626.70 .

    4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |
| BOOK OF THE MONTH CLUB | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | 993.28 | .00 | 183.40 |
| CITY OF DES PLAINES | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| DES PLAINES RADIOLOGISTS | UNSECURED | NOT FILED | .00 | .00 |
| DREYER MEDICAL CLINIC | UNSECURED | NOT FILED | .00 | .00 |
| FAHEY MEDICAL CENTER | UNSECURED | NOT FILED | .00 | .00 |
| HE STARK AGENCY | UNSECURED | 3396.36 | .00 | 627.11 |
| FINGERHUT CREDIT ADVANTA | UNSECURED | 542.64 | .00 | 100.19 |
| FORD MOTOR CREDIT | UNSECURED | 14000.66 | .00 | 2585.11 |
| FOX VALLEY MEDICAL ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| GROVE DENTAL ASSOC PC | UNSECURED | NOT FILED | .00 | .00 |
| HOLY FAMILY HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| NAPERVILLE RADIOLOGISTS | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CERTEGY PAYMENT RECOVERY | UNSECURED | NOT FILED | .00 | .00 |
| PROVIDIAN BANK | UNSECURED | NOT FILED | .00 | .00 |
| PROVIDIAN NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| RSL COM USA | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| RUSH COPLEY MEDICAL CENT | UNSECURED | NOT FILED | .00 | .00 |
| RUSH COPLEY MEDICAL CENT | UNSECURED | NOT FILED | .00 | .00 |
| RUSH COPLEY MEDICAL CENT | UNSECURED | NOT FILED | .00 | .00 |
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |
| SCIENCE FICTION BOOK CLU | UNSECURED | NOT FILED | .00 | .00 |
| SEARS BKRUPTCY RCVRY MGM | UNSECURED | NOT FILED | .00 | .00 |
| TCF NATIONAL BANK | UNSECURED | 1048.19 | .00 | 193.54 |

```
UIC MEDICAL CENTER         UNSECURED      NOT FILED            .00          .00
VALLEY IMAGING CONSULTAN   UNSECURED      NOT FILED            .00          .00
WOW INTERNET & CABLE       UNSECURED         114.89            .00        21.21
      Summary of disbursements:
--------------------------------------------------------------------------------
                     SECURED      PRIORITY    UNSECURED       OTHER        TOTAL
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED       .00           .00     20096.02         .00     20096.02
PRINCIPAL PAID           .00           .00      3710.56         .00      3710.56
INTEREST PAID            .00           .00          .00         .00          .00
TOTAL PAID               .00           .00      3710.56         .00      3710.56
```

The Debtor's attorney, LEDFORD & WU                  , was allowed $   2700.00
and was paid $    206.00   direct and $   2494.00   through the plan.

The Trustee received $     275.44 .

Refunds to the Debtor totaled $    146.70 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 11/15/07                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE